MARIA WENGERT, as Administratrix of the Estate of KARL WENGERT, Deceased, Respondent, *v.* FRANK IBERT BREWING COMPANY, Appellant.

*Wengert* v. *Ibert Brewing Company*, 142 App. Div. 900, affirmed.
(Submitted February 28, 1912; decided March 19, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 7, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employee.

*Martin T. Manton* for appellant.

*Rufus O. Catlin* and *James C. Cropsey* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.